IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Williams Sr, David J | Case Number:  08 B 12293 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  9/9/08 | Filed:  5/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 915.00 | |
| Secured: | | 20.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 835.53 |
| Trustee Fee: | | 59.47 |
| Other Funds: | | 0.00 |
| Totals: | 915.00 | 915.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,341.50 | 835.53 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 534.00 | 20.00 |
| 5. | Saxon Mortgage Services Inc | Secured | 13,848.20 | 0.00 |
| 6. | Select Portfolio Servicing | Secured | 4,992.00 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 616.45 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 220.08 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 310.51 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 3,910.00 | 0.00 |
| 11. | American General Finance | Unsecured | 4,316.10 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 313.27 | 0.00 |
| 13. | Chase | Unsecured | | No Claim Filed |
| 14. | Discover Financial Services | Unsecured | | No Claim Filed |
| 15. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 16. | Mari-Kathleen Zaraza PC | Unsecured | | No Claim Filed |
| 17. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 18. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 19. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| | | | $ 32,402.11 | $ 855.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 59.47 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams Sr, David J

Printed: 9/9/08

Case Number: 08 B 12293
Judge: Goldgar, A. Benjamin
Filed: 5/14/08

_____
$ 59.47

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

